

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

IN RE: ZANTAC (RANITIDINE) PRODUCTS LIABILITY LITIGATION

MDL. NO. 2924
20-MD-24 RLR
LMI ID NO. 842051

SHORT-FORM COMPLAINT    HON. ROBIN L. ROSENBERG

The Plaintiff named below files this Short-Form Complaint against the Defendants Named below and incorporates The Master Complaint filed in MDL No. 2924 by Reference. Plaintiff selects that/those product, Parties, and claims that are specific to His case. Plaintiff further alleges as follows :

1. Plaintiff: _John N. Campbell, Pro Se_____
2. State of Residence: _Commonwealth of Pennsylvania_____
3. State of Residence at time of ingestion of Ranitidine: _Commonwealth of PA.__
4. United States District Court and Division in which venue would be proper absent direct filing: _ United States District Court for the Eastern District of Pennsylvania.__
5. Defendants:__ Unknown manufacturers, distributors, retailers, and/or repackagers Of  Generic prescription ranitidine. __( Need access to data-base for specificity. )__
6. Basis of Jurisdiction:___ Diversity of Citizenship._____
   Other allegation of jurisdiction and venue: PA State Court -If St. of LIMTNS. Allow.
7. Defendant's product ingested by Plaintiff as to which Plaintiff is making a claim In this lawsuit is: ____ Ranitidine _____.
8. Plaintiff ingested the drug set forth in Paragraph 7 above from approximately 2002 To 2019. ( 17 yrs. ) _____
9. Plaintiff had the following injury: __High Risk Prostate Cancer on or about October 2016 which is alleged to have been caused by the drug set forth in Paragraph 7 Above. _____
10. The following claims asserted in The Master Complaint, and the allegations with Regard thereto , are herein adopted by reference: __FRAUD, NEGLIGENT FAILURE TO WARN._____
    WHEREFORE, Plaintiff prays for relief as set forth in The Master Complaint Filed in MDL No. 2924._____

*signature* *John N. Campbell, Pro Se 6-4-22*

John N. Campbell  Pro Se
2124 Schultz Road, Lansdale, PA 19446
Phone 610 584 4933
E-mail  ecjnc55@gmail.com
LMI ID No. 842051

Sunday, June 5, 2022

# Title : MDL No. 2924   Zantac/Ranitidine Litigation

Subject : Plaintiff: John N. Campbell, LMI ID NO. 842051

Enclosed please find:

- SHORT-FORM COMPLAINT FOR SUBJECT PRO SE LITIGANT.
- CIVIL COVER SHEET FOR COMPLAINT
- CHECK IN THE AMOUNT OF $ 402.00, PAYABLE TO THE COURT, IN PAYMENT
- OF REQUIRED FILING FEE.

NOTE:

I AM A PRO SE INDIVIDUAL AND, AS DIRECTED IN DOCUMENT 5348 I EMAILED LMI WITH A REQUEST FOR INFORMATION. FROM THEIR RESPONSE, I GATHER THAT THEY ARE TOTALLY UNPREPARED TO ASSIST PRO SE LITIGANTS WITH ACCESS TO NECESSARY INFORMATION TO PURSUE OUR CLAIMS. CAN YOU ADVISE ME?

JOHN N. CAMPBELL          ecjnc55@gmail.com

1



